**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WAYNE STEINHILBER

|  |  |
|---|---|
| Petitioner, | 18 **CIVIL** 1251 (VB) |
| -against- | **JUDGMENT** |

KIRKPATRICK, M., and
ERIC T. SCHNEIDERMAN,

Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 5, 2021, Having carefully reviewed the magistrate judge's thorough and well-reasoned R&R and the underlying record, the Court finds no error, clear or otherwise. Accordingly, the Court adopts the R&R as the opinion of the Court, and the petition for a writ of habeas corpus is DENIED and the case is closed. As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue; the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.

**DATED:** New York, New York
April 6, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**

**Deputy Clerk**